IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR217 |
| | ) | |
| v. | ) | |
| | ) | |
| BYRON L. ALSTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to dismiss the petition for warrant or summons for offender under supervision (Filing No. 74).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the petition for warrant or summons for offender under supervision is dismissed.  The hearing on said petition scheduled for October 27, 2015, at 9:30 a.m. is cancelled.

DATED this 19th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court